UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
Rhonda Julius, :
:
    Plaintiff, :
:     Honorable Madeline Cox Arleo
v. :
:     Civil Action No. 06-3045 (JAG)
Allstate Power VAC, Inc., et al., :     **REPORT AND RECOMMENDATION**
:
    Defendant. :
_____ :

**THIS MATTER** having come before the Court upon the motion of plaintiff to amend and remand upon notice to defendants, and the Court having considered the briefs and affidavits in support of and in opposition to the motion and having heard the argument of counsel, and for the reasons set forth on the record on December 12, 2006, and for good cause shown;

**IT IS** on this 12th day of December 2006,

**RECOMMENDED THAT** plaintiff's motion to amend be **GRANTED** and plaintiff's motion to remand be **DENIED**.

The parties have ten (10) days from the date hereof to file objections.


                                                  *s/Madeline Cox Arleo*
                                                MADELINE COX ARLEO
                                                United States Magistrate Judge

cc:     Hon. Joseph A. Greenaway, Jr., U.S.D.J.
        All Parties
        File