UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RHONDA JULIUS, : <br> : <br> Plaintiff, : <br> : Civil Action No. 06-3045 (JAG) <br> v. : <br> : **ORDER** <br> ALLSTATE POWER-VAC, INC., et al., : <br> : <br> Defendants. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion of plaintiff, Rhonda Julius ("Plaintiff"), to amend the complaint and remand the action to state court (Docket entry no. 6), and Magistrate Judge Madeline Cox Arleo having issued a Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that this Court grant Plaintiff's motion to amend and deny Plaintiff's motion to remand; and said R&R having been filed on December 13, 2006; and the time within which to object to the R&R having expired; and no objection having been made by either party; and it appearing that a magistrate judge's recommended disposition of a dispositive motion is subject to de novo review, In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b); and this Court having reviewed the parties' submissions and the R&R under the appropriate de novo standard; and good cause appearing,

1

IT IS on this 18th day of January, 2007,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of the Court; and

IT IS FURTHER ORDERED that Plaintiff's motion to amend (Docket Entry No. 6) is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff's motion to remand (Docket Entry No. 6) is DENIED; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

    S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.